94 A.3d 908

STATE OF NEW JERSEY, PLAINTIFF–CROSS–PETITIONER,
v. R.P., DEFENDANT–CROSS–RESPONDENT.

July 10, 2014.

ORDERED that the cross-petition for certification is granted limited to the issue of whether the Appellate Division was required to mold defendant's guilty verdict for first-degree aggravated sexual assault, *N.J.S.A.* 2C:14–2(a)(6), to second-degree sexual assault, *N.J.S.A.* 2C:14–2(c)(1).